United States District Court
Southern District of Texas

**ENTERED**

April 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARRIE ANNE MUSE, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02830 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
|     Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 18, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 7). Judge Bryan filed a *Memorandum and Recommendation* on April 2, 2026, recommending that Plaintiff's Unopposed Motion for Attorney's Fees (Dkt. 16) be granted in part. (Dkt. 18).

On April 8, 2026, Plaintiff filed her objections. (Dkt. 19). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 19) are **OVERRULED**. The Court **ACCEPTS** Judge Bryan's *Memorandum and*

1 / 2

*Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bryan's *Memorandum and Recommendation* (Dkt. 18) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Unopposed Motion for Attorney's Fees is **GRANTED IN PART**; and

(3) **ORDERS** that Plaintiff be **AWARDED** $5,303.73 in attorney's fees.

It is so **ORDERED**.

SIGNED at Houston, Texas on April 27, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE